**MEDTRONIC, INC., Medtronic Vascular, Inc., Appellants**

v.

**LIFEPORT SCIENCES LLC, Appellee.**

2015-1862

United States Court of Appeals,
Federal Circuit.

June 9, 2016

JAMES ELACQUA, Skadden, Arps, Slate, Meagher & Flom LLP, Palo Alto, CA, argued for appellants. Also represented by EDWARD TULIN, New York, NY.

**1000**

ROBERT GREENSPOON, Flachsbart & Greenspoon, LLC, Chicago, IL, argued for appellee. Also represented by CARY KAPPEL, DAVID PETROFF, Davidson, Davidson & Kappel, LLC, New York, NY.

### JUDGMENT

Per Curiam (Taranto, Bryson, and Stoll, Circuit Judges).

THIS CAUSE having been heard and considered, it is ORDERED and ADJUDGED

**AFFIRMED.** *See* **Fed. Cir. R. 36.**